**GIBBS & FUERST** LLP

600 B STREET, SUITE 2300
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

Michael T. Gibbs, Bar No. 076519
Mgibbs@gibbsandfuerst.com
Steven A. Tisi, Bar No. 169006
Stisi@gibbsandfuerst.com

Attorney for Defendant CITY OF CALEXICO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF CALEXICO, a municipality; ) <br> VICTOR CARILLO, individually and in his ) <br> capacity as City Manager of the City of ) <br> Calexico; and DOES 1-10, Inclusive, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. '12CV0087 W JMA <br><br> **DEFENDANT CITY OF CALEXICO'S NOTICE AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. PRO. 12(c)** <br><br> **DATE: October 15, 2012** <br> **COURTROOM: 7** <br><br> **No Oral Argument Pursuant to Local Rule 7.1(d)(1)** |

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD**

NOTICE IS HEREBY GIVEN that on October 15, 2012, in Courtroom 7 of the above-entitled court, defendant CITY OF CALEXICO (hereinafter "CITY") will move the Court to dismiss this action as to each claim alleged against the CITY pursuant to FRCP 12(c) on the grounds that:

(1) Plaintiff's first cause of action for Violation of Civil Rights pursuant to 42 U.S.C. § 1983 fails to state a claim upon which relief may be granted; and

34284

1

(2) Plaintiff's second cause of action for Invasion of Privacy under the California Constitution lacks supplemental jurisdiction and should be dismissed.

This motion for judgment on the pleadings is based on the Notice of Motion, the accompanying Memorandum of Points and Authorities, the pleadings and papers filed in this action thus far, and on any and all evidence that may presented at or before the hearing on this motion.

DATED:  August 20, 2012        GIBBS & FUERST

                               By:   *s/Michael T. Gibbs*
                                     MICHAEL T. GIBBS
                                     STEVEN A. TISI
                                     Attorneys for Defendant
                                     CITY OF CALEXICO

34284

2

NOTICE AND MOTION FOR JUDGMENT ON THE PLEADINGS
PURSUANT TO FED. R. CIV. PRO. 12(c)