
**GIBBS & FUERST**LLP

600 B STREET, SUITE 2300
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

Michael T. Gibbs, Bar No. 076519
Mgibbs@gibbsandfuerst.com
Steven A. Tisi, Bar No. 169006
Stisi@gibbsandfuerst.com

Attorneys for Defendant CITY OF CALEXICO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF CALEXICO, a municipality; VICTOR CARILLO, individually and in his capacity as City Manager of the City of Calexico; and DOES 1 through 10, Inclusive,<br><br>    Defendants. | No. '12CV0087 W JMA<br><br>**PROOF OF SERVICE** |

///
///
///
///
///
///
///
///

33943                                    1
PROOF OF SERVICE

<u>Juan Garcia v. City of Calexico, et al.</u>
United States District Court, Southern District of California Case No. '12CV0087 W JMA

**PROOF OF SERVICE**

I, MICHAEL T. GIBBS, caused the attorney(s) (registered filing users) on the service list herein to be served via the Court's electronic filing system per Local Rule 5-3.2.

On August 21, 2012, I served the following documents described as follows:

**DEFENDANT CITY OF CALEXICO'S NOTICE AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. PRO. 12(c)**

**DEFENDANT CITY OF CALEXICO'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. PRO. 12(c)**

<u>Parties Served:</u>

| | |
|---|---|
| Michael A. McGill, Esq.<br>Mcgill@policeattorney.com | Attorney for Plaintiff JUAN GARCIA |
| Carolina Veronica Cutler, Esq.<br>Veronica@policeattorney.com | Attorney for Plaintiff JUAN GARCIA |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 21, 2012, at San Diego, California.

/s/Michael T. Gibbs_____

33943

2

PROOF OF SERVICE